66 A.3d 763

Judge Rochelle S. FRIEDMAN, Judge Alan M. Rubenstein, in her and his Official Capacity, Robert H. Riefle, Bonita L. DiCarlo, and Thomas A. Beckley, Individually and on Behalf of Qualified Electors in the Commonwealth of Pennsylvania, Appellants

v.

Governor Thomas W. CORBETT, Jr., Court Administrator Zygmont A. Pines, Secretary Carol T. Aichele, and Treasurer Robert M. McCord, each in their Official Capacity, Appellees.

No. 39 MAP 2013.

Supreme Court of Pennsylvania.

May 10, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of May, 2013, having determined that there is substantial overlap among the issues presented in *Friedman v. Corbett,* 81 M.D.2013 (Pa.Cmwlth.), and cases which have been accepted for our review per the Court's extraordinary jurisdiction, *see Driscoll v. Corbett,* 19 MAP 2013; *Tilson v. Corbett,* 20 MAP 2013, we also assume plenary jurisdiction over the *Friedman v. Corbett* case upon our own motion pursuant to 42 Pa.C.S. § 726.